Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED
OCT 21 2021
Nathan Ochsner, Clerk of Court

Nathan C Hunt

versus

Joe Biden P.O.T.U.S.
Federal Government
Department of the Navy

§
§
§
§
§
§
§

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

1) Joe Biden - Violation of Civil Liberties and Rights of the Constitution of the United States, Amendments 1, 4, 5, 6, 8,

2) Federal Government - Violation of Civil Liberties and Rights of the Constitution of the United States, Amendments 1, 4, 5, 6, 8

3) Department of the Navy - Installing Military Equipment inside of my body and not Letting me Know about the equipment even upon Discharge. the equipment is called a Cerebral Cortex Sensor and Related equipment installed in ~~Joe5h 2006~~ about 2006-2007 During my time in the Navy. ~~At~~ At the time I Served on a Nuclear Submarine, the USS Maryland SSBN 738 As A NAV-ET (Navigation Electronics technician)

Nathan Hunt
830-377-4361
Nhunt7330@gmail.com
9/14/2021

Cruel and Unusual Punishment by Joe Biden and the Federal Government
**EVERYTHING IN THIS DOCUMENT CAN BE VERIFIED VIA CODE NAME ANGEL AND HALO CONTACT THE DEPARTMENT OF THE NAVY: Cerebral Cortex Sensor VA FILE # H7253 SOS**
**Everything that has happened to me in this document has been recorded on multiple military hard drives. HALO can be edited but ANGEL cannot be edited, therefore HALO must not be trusted without checking ANGEL. These systems are recording 24/7 and cannot stop recording by default programming.**

I am writing this document for several reasons. The first reason is to get help to stop the cruel and unusual punishment that was illegally authorized without warrant by continued for several months by the Biden administration. The second reason is to bring those responsible for the actions represented in this document to justice so that they may face their charges and prevent this from happening to another military member or veteran. My VA file number is H7253. Medical records from the Department of Veterans Affairs can be corroborated with the DOD's unredacted records for any needed reasons. <u>Joe Biden has admitted to not having a warrant and states that he is psychology torturing me for personal reasons.</u>

I have submitted video and electronic evidence to the CIA and DHS including video recordings of these IP addresses and how I obtained the IP addresses as well as the laptop computer used to obtain the following IP addresses. The IP addresses listed below may not be the true IP addresses associated with ANGEL and HALO.

ANGEL is likely located on satellites, one with the likely IP address 255.255.255.255 which relates to ANGEL. HALO is likely IP address 127.255.255.255 These IP addresses are attached via a .txt or .rtf document and it is copied and pasted from conhost, also known as Command Prompt, which is a windows program. At the time of acquisition of the IP address associated with the connections to my computer the Wi-Fi was turned off and no internet connection was provided to my computer however I was still connected to the internet at my parent's house in Kerrville, TX. Upon submission of this document ANGEL needs to be reviewed as well as HALO. ANGEL is unable to be edited or redacted so all the original files will be intact. HALO can be edited and voice layovers via audacity can be applied to HALO therefore HALO is not a trusted source of information.

When I was first contacted via my Cerebral Cortex Sensor I was in San Antonio, TX. During the contact my commanding officers voice was used as an audio overlay and I was told that I had killed some people in Kerrville, TX. I know for a fact that I had not hurt anyone, and I can prove any allegations against me false to this day. Little did I know this was the beginning of Joe Biden trying to entrap me for being Kenneth Anderson as well as committing other crimes. I have had nothing but illegal contact via my Cerebral Cortex Sensor since then. The Biden administration has been trying to entrap me since about July and frame me for several crimes that I did not commit. Joe Biden also enjoys making me hallucinate gunshots to see if I have PTSD and tells me to not take my prescription medications from the VA. He states that he does not want "his" money going to disabled veterans. He also is trying to change my honorable discharge to a dishonorable discharge to prevent me from getting compensation. Biden wants me to run out of money, so I end up in a homeless shelter. He tells me that I cannot work, then he tells me he is waiting for me to start working as a master mechanic so he can injure me on the job.

The following unlawful, unwarranted, cruel and unusual punishment without warrant or conviction has been going on now for over 4 months. I have what is called a Cerebral Cortex Sensor that was installed unknowingly during my time in the Navy. Its original purpose was to be used for Seal Teams, Assassins, as well as espionage on foreign governments. The installation of the Cerebral Cortex Sensor also comes with cameras that are installed all over the body, including mine. The camera locations have been confirmed to be on every knuckle, all tips of my toes and fingers, the tip of my tongue, forehead, ears, and inside my nose as well as a camera in each eye and a laser in my right eye. When the Cerebral Cortex Sensor is activated, it constantly records to ANGEL and HALO. Those with a Cerebral Cortex Sensor also can communicate subliminally along with the ability to send and receive cellular text messages and phone calls. There are audio speakers, called hydrophones, located near my eardrum that are likely supposed to be used by divers to locate ships and submarines underwater.

    The Cerebral Cortex Sensor coats the brain and uses electrodes that are in the brain that send electrical pulses to certain synapses of the brain and can induce simulated diseases, drugs, chemical poisons, and can control certain body functions including the movement of feces back and forth in the colon as well as unwanted bodily functions. The unwanted bodily functions can include total body lockup, muscle spasms, erections, ejaculations, defecation, urination, confusion, as well as reduction or increase of hydration and hunger levels. There is also what Joe Biden called an "assassin button" which is activated by the brains electrical discharge. It was later discovered that these buttons are the logic and reasoning skills of the person with one of these sensors installed on their Cerebral Cortex. Disgustingly this Cerebral Cortex Sensor can kill the person that has one installed on and then according to Joe Biden resurrect them. Joe Biden has used the HALO control unit located at the Whitehouse several times to cause bodily harm and actual death. Biden confirmed that death will occur after simulated cyanide poisoning if the poison is not removed in a timely manner by the control unit operator. This is Joe Bidens typical go-to poison for me. The Cerebral Cortex end user also can receive auditory and visual hallucinations of aircraft including Helicopters and jets. There have been several instances of auditory helicopter hallucinations played through my hydrophones. This is likely used as a last resort to comfort members of our military who are injured with the thought that rescue was nearby. This system was abused several times for Biden's own personal pleasure.

    According to Biden, resurrections using the ANGEL and HALO system are enabled after the Cerebral Cortex Sensor user has died. Either a burst of natural adrenaline or simulated epinephrine is administered to the body causing the heart to beat and a breath or air inhaled.

    The Cerebral Cortex Senser is controlled by at least one control system. It was established that HALO is the control computer and ANGEL is a satellite. Biden stated that the ANGEL and HALO control units are in the Whitehouse. Biden stated that the HALO unit is located inside one a hidden chamber inside of the walls of the oval office and refers to the space as "His Closet." The other control unit has been confirmed to be located on the submarine that I served on, the SSBN Maryland 738.

    The control unit likely runs a Windows based operating system on a computer and has several attachments. One attachment is a "sniffer." It is a gas analyzer, and it enables the end user to smell things that it "sniffs." Biden has abused this sniffer many times even putting it in his underwear and private areas of his body including up his rectum and around his penis. It also has a "Taster" function that seems to be computer controlled with a database of tastes that can be applied to the end Cerebral Cortex Senser. He has abused this function many times as well making me taste bad tastes. He admits to using Windows, MS Paint, Audacity, and COMMAND PROMT. He enjoys using command prompt to write automatic programs that he uses to torture me both psychologically and physically. He also admits to using Vuse, a torrent downloader, then admitted to downloading child pornography as well as music illegally. There are also several headsets that can be attached to the admitted Whitehouse Dell computer. This headset enables those who do not have a Cerebral Cortex Sensor to experience the same state of mind and body and the end user. This headset has several functions that can be turned on and

off turned off such as smells, taste, pain, and immunity from drugs and chemicals. Joe Biden enjoys turning off functionalities of his headset when things in my life get too uncomfortable for him. Joe Biden has admitted to copying the HALO program and bringing it home to his personal residence to further torment me while not at the Whitehouse for his own personal use. His intentions were to be able to torture me even when he is not at the Whitehouse. He also admitted to ordering the drug known as Bath Salt from "therealrc.com" and having the package sent to my parents' house with their name on the envelope in hopes that they will both get arrested for being Kenneth Anderson and that I would admit to being Kenneth Anderson to keep them out of jail.

    My Cerebral Cortex Senser was activated by Joe Biden without warrant to entrap me. Keep in mind this equipment is military equipment and should only been used for military purposes for those on active duty. Please not that I have am not a current active-duty member of the armed forces and I am a veteran. Apparently, Joe Biden has no evidence that I have committed any crime otherwise I would have been charged, arrested, and jailed. Being he has no evidence of me committing any crime Biden has been trying to entrap me by using different overlays to create false confession recordings, overlayed videos of child pornography, as well as lining up to ten deducing capable devices and have them communicate together to predict what I am thinking about before I can form a complete sentence. Biden is also trying to frame several other people at the Whitehouse including the VP. He told me that if I admitted to being someone named Kenneth Anderson that he would leave me alone and under duress I told him that I was Kenneth Anderson. He then decided that he wanted to see my penis and stated that if I showed it to him, he would leave me alone. After a couple of weeks, I finally showed my penis to him via my eye cameras, but this did not satisfy him. Now he says that if I masturbate and ejaculate for him, he will leave me alone however I did this, and he still did not leave me alone. The time now is 12:52 AM CST on 9/14/21 and he is giving me an unwanted erection as I type this document. This can be verified with ANGEL. Joe Biden states that he believes the Department of Veterans Affairs is a branch of the military and uses this for justification for turning on my Cerebral Cortex Sensor.

    Biden also enjoys depriving my body of oxygen making me black out and die. He also enjoys selecting my lung tissue and makes me stop breathing resulting in dizziness and passing out. Joe Biden has killed me at least six times and brought me back to life likely to be tortured further. He has admitted to killing me several times and was proud of it saying things like "Yay! I did it, I killed Nathan Charles Hunt, I did it!" The Cerebral Cortex Sensor can distinguish between lung tissue, eye tissue, intestinal tissue and other tissue of the body and can alter and move these tissues independently from each other. Joe Biden enjoys giving me what I call "The Butt Tug" which is where he activates my intestinal tissue causing near defecation and then says things like "Yay, I gave Nathan a turtle head!" Then when I try to go to the bathroom, he reverses the intestinal tissue causing fecal matter to retract back into and through the intestine in the opposite direction. He does this to try to get fecal matter into my stomach to cause infection resulting in death. He enjoys giving me an erection and an influx of adrenaline while he induces muscle spasms on my penis to try to see me ejaculate.

    Joe Biden admitted to at one point inducing a total body lockup causing me to fall and fracture my right collar bone. I was forced to take a trip to the Whitehouse which will be discussed in another section of this document however it is important to note that I had surgery at Erie County Medical Center located in Buffalo, NY in August 2021. After surgery, Joe Biden then gave me muscle spasms in my right shoulder on almost an hourly basis causing the bone to fracture at the repair seam at least eight times causing the bone to heal deformed. After fracturing the bone, he enjoyed lifting the outer portion of the bone causing the inner ends to grind and he would say "Look! I'm digging out bone marrow!" as well as "Look I'm making bone fragments!" He then tells me I was "unclean" but would not permit me to take a shower because he wanted my surgical incisions to become infected in the hopes that I would die.

I woke up at my residence one day and I noticed a strange smell coming from my skin. I recognized this smell to be Bath Salts. Bath Salts were legal in my state in 2010 and I was a recreational user at the time, so this smell was not new to me. I asked aloud "Why do I smell like chemical?" then I realized it was because someone tried to poison me. Joe Biden admitted, using Kamala Harris's voice layover that she was the one that ordered me to be murdered and that a team entered my hotel room and injected me with three grams of bath salt. In later discussions this was changed to four grams. This murder attempt failed, and I survived.

The reason he ordered the bath salt injection is because he falsely believes that I killed people in Kerrville, TX. First it was two younger boys that were brothers that had overdosed along with the wife of a man whose voice was used as a layover by Biden and stated his exact address in Kerrville, TX. Then this number changed to eight people, then it was everyone in the entire city of San Antonio, then it was eleven people, then it was everyone in the city of Kerrville, then it was over 11,653 people at a water park, then it was one, then three people and now it is back up to four people. Supposedly there was a teenage girl that ordered bath salts online and took too much ending in an overdose. Biden is trying to accuse me of making her sick and I said to Biden to call the hospital and speak with the parents however he refused. He then likely used my deducing meter attached to ANGEL to find out what he could tell me that would make me feel bad and this is when he told me the name of the girl and her age which caused major distress. During my time of being abused by Biden he attempted to entrap me several times by telling me to admit to being Kenneth Anderson. Under duress I admitted to being Kenneth Anderson over ten times. Biden said that if I admitted to being Kenneth Anderson, he would leave me alone, however this proved to be another lie. He then wanted to see my penis and told me that if I showed him my penis that he would leave me alone and stop using the Cerebral Cortex Sensor for his personal use. He already has images and recordings of my penis on ANGEL and is threatening to post the images online. After showing him my penis several times he still did not leave me alone and then told me that he wanted to see my erection and watch me ejaculate. The time is currently 8:16pm on 9/16/2021 and he is giving me an unwanted erection. He has on multiple occasions claimed he uses MS Paint and my body's Cerebral Cortex Sensor program to cause muscle spasms on my erection while inducing a natural or simulated burst of adrenaline along with subliminal messaging to cause unwanted ejaculations both in my sleep and while awake. He has done this at least twelve times and caused me to urinate on myself three times. He then tells me that I am "unclean" and instructs me to take a shower. Once in the shower he tells me that I am disgusting and plays the hydrophone speakers located near or past my eardrum in voices of my dead grandparents and my brother when he was three. Joe Biden knows that I enjoy listening to music, so he is attempting to blow out my eardrums by playing constant high pitch beeping sound in both eardrums. He has abused the speakers in my eardrums, which have the capability or producing 3-d sounds, to cancel out high frequencies and sounds. He also cancels out phone calls that I make as well having me result to using the speakerphone or switching the phone from ear to ear to ear. He constantly plays coded messages through my hydrophones which he programs to playthings like "kill myself" or do other things I would not choose to do myself. He has been playing these hydrophones constantly and says that it is an automatic program that he made and every time it ends it starts back up automatically. He knows his time remaining before being arrested is short, so he is trying to create automatic programs to play in my Cerebral Cortex Sensor after he leaves office.

Let me start this next section by saying that I would rather take my own life than fall into the hands of an enemy to be tortured for information to be used against The United States or our allies. I have exceptionally good reasoning capabilities when they are unmolested by Joe Biden and his "Confusion button." During this trip I did the best I could with the illegal communications to my cerebral cortex sensor that were provided to me by Biden. Keep in mind that I was unable to use a cellphone because it had to be thrown away to avoid detection from "fake Russian assassins." I used the road atlas

as best I could however it was dark, and I was not "permitted" by Biden to look at the atlas because my car's interior light gave my position away to Russian satellites.

Joe Biden, at one point, contacted me again using my cerebral cortex sensor using Kamala Harris's voice and William Barr's voice. It is important to note that these two voices were the only voices I had learned to trust at the time. Joe Biden used this to his advantage once again abused military equipment to convince me that President Putin of Russia was working with my ex-commanding officer, Cpt. Trussler, to kidnap me and bring me back to Russia to torture me for classified information for them to use against the US Government and our allies. I had in fact had no classified information at that time except what was illegally disclosed by Joe Biden. Before I left for the Whitehouse, I took everything that I cared about and packed it in my car before leaving. Along the way Joe Biden told me using a voice overlay that everything that I had in my car had a Russian "bug" in it. To begin with he said that my brand-new fishing rods and new reels were antennas that were supposedly attached to a Russian GPS satellite system. My sunglasses had cameras in the lenses so those had to be thrown out the window. My wallet that my brother made from leather which was given to me as a Christmas gift had to be out the window on the side of the interstate. My new PlayStation 5, clothes and VA prescribed medications had to be discarded because they had Russian tracking devices in them. My 16-year-old dog's dog tags that I kept since he was a puppy had to be discarded because they were bugged as well. Russia was "tracking" me via satellite using these tracking devices. I had a brand-new Bible that had to be discarded, along with several other personal items including my toothbrush.

Biden used the voice overlay of Captain Trussler who was, at the time, CO of the Submarine SSBN 738 Maryland to which I was attached. He tricked me into believing that Trussler was leaving the Kingsbay, GA Submarine Base and taking I-10 into Texas to execute my parents. I left immediately to try to help my parents though I had no weapons to defend my family's life. This trip can be verified via a Sherriff's body cam footage as well as debit card transactions as well as cellular data and the triangulation of my cellphone number 281-932-3510 via T-Mobile routed towers or satellites. On my way to my parents' house subliminal messages were sent to me from Biden saying that Captain Trussler's 2014 Black F-150 had a bomb onboard that exploded. I told Biden that I would pick Captain Trussler up and take him back home to see his family or wherever he wanted to go. I asked Biden who, at the time was using the suspected voice layover of William Barr, "How will I be able to tell where Captain Trussler is located." He responded, "You can tell by the smoke and all of the police lights." However, upon continuation of the journey down I-10 I saw no smoke, flame, police lights or vehicles. After driving for about thirty-four miles past the exit for my parents' house I contacted Biden via my cerebral cortex sensor and asked where he was and I was told "Hold on, let's see if he can figure it out." On my way back I made multiple U-turns looking for Trussler. Eventually I gave up and upon my return home Joe Biden gave me a brain aneurysm and told me that an invisible scud missile was coming for my car. After looking up in the sky and having an ANGEL based hallucination of a scud missile heading for my car, I parked my car and gathered what I could and started walking down the freeway. Biden told me that I was not going fast enough and that I should start running. I started running and after a few moments I looked up in the sky and had another ANGLE based hallucination of a Russian satellite exploding. This was likely done to agitate the bleeding in my brain to kill me. I found a place to take cover and tucked my head down causing blood to build up in my cranium. Eventually after almost passing out I came to and was able to return to my vehicle. I could not locate him, and I returned to Houston VIA I-10W. Upon coming up to the I-45 exit Joe Biden using the same voice overlay told me that Kelly's home was struck with a scud missile and there were no survivors. I wanted to go check on her, but Biden said that it was not a good idea and that there were Russian snipers along the rooftops in Kelly's neighborhood and that my hotel building was full of Russian snipers. Biden informed me the best thing to do was to take I-45 North instead of south. Later I was told by Biden that a Blackhawk helicopter had landed at Kelly's residence and that she was the sole survivor. This Blackhawk helicopter then

attempted to evacuate the immediate area and flea to the Whitehouse. This helicopter carrying Kelly was then shot down with a scud missile along the way. I was then told that another helicopter, an Apache, was dispatched to my residence. Keep in mind Biden told me this facility was occupied by Russian snipers. The Apache helicopter opened fire on the building killing most snipers who were manned at the windows waiting to see my Grey Mazda 6 pull through the parking lot. Most of these snipers were killed while the others fled out the west side of the building. While the Russians were running for their life the Apache gunned most of them them down then disappeared out of the scope of Bidens communication with me. I continued my journey to the Whitehouse. This is when fake alleged Russian spies attempted to follow me under command of Trussler and Putin. I stopped at a Bucky's Truck Stop and asked them to dial 911 and tell the police that there were people trying to kill me. The police took my report which included the information that Trussler and "another person," (Putin) were trying to kill me and that I did not feel safe. I do not believe I actually said Putin was chasing me because I thought they would not believe me or take me seriously. I police that I had driven so long that I could not safely drive anymore. The sheriff's office that took the report noted I had not been taking any illegal drugs and that I was not under the influence of alcohol or any other mind-altering substances. The Sheriffs collaborated and invited me to come sleep in front of their police station, so I felt secure. I was free to leave any time I wished. I slept in my car in front of the police station and in the morning after waking I ate a piece of candy which I had eaten just the night prior, and I noted the stinging effect of battery acid on my throat. I noticed this was not normal. I also noticed that the same pack of cigarettes I had been smoking the day prior now tasted like chemical and was told it was indeed nova choc, a Russian nerve agent. Biden also confirmed the battery acid claims, and I was told that Trussler and Putin broke in my car from another "parallel" universe and poisoned me in an attempt to validate the existence of a Russian threat against my life. I continued North and after throwing my brand-new Samsung S20+ out of the window due to fake Russian signals emitting from the phone. I have lost a total of s Samsung s20+ and one Samsung s21 ultra. I ended up I resorting to using a road atlas that I had picked up from a Gas Station along the way being I did not have GPS capabilities after tossing my phone out of the window. It is important to not that after discarding my wallet for the same reason I was told that my credit and debit cards had similar tracking devices on them. I decided the best thing to do was to pull out cash and use cash to pay for gas and other expenses for the trip. Along the way there were several orders Biden issued that need to be noted. He told me four or five times that innocent people driving cars with potential occupants were Russian spies with ak-47s. He likely used the cameras in my eyes, fingers, and temples as well as possible satellites to get the make, model, and at times the license plate of those vehicles. He then would tell me that they had to be run off the road likely resulting in death and property damage. I replied to Biden "I can't hurt anyone; I don't care if they are after me or not, I just can't do it." It is important to note that later Biden said, "He has to go to prison for something." Next, he told me again using voice overlays that I had to kill myself somehow. I was coming up on a bridge from a crossroad that stretched above the interstate which had a central cement foundation located in the median. I was instructed to collide with the cement barrier going 90+ MPH and to kill myself that way. I gripped the steering wheel tightly as I was approaching the barrier. I decided I could not kill myself that way because it was not yet logical to do so, and I told him "I can't do it because I don't want to burn in Hell." He then instructed me to find and consume CBD products until I was dead. I found this illogical because THC cannot kill in low doses. He then asked if there was anything else that I had that I could use to kill myself to which I replied, "I don't have any razor blades." He Then used voice overlays of my mother, father, and suspected William Barr and told me that if the Russians caught me that they planned to drag my body up and down I-95 while still alive until there was nothing left but a cerebral cortex because this was all they needed to obtain information to use against the United States and our Allies. Later he said they would execute me in the middle of the interstate with my brother's dulled chainsaw and hack me into pieces while blocking traffic. While using the multiple

voice overlays of people I trusted the most Biden told me that this could not happen on US soil and that I needed to kill myself. Upon this failed murder attempt I kept driving without stopping for anything but gas and a soda while I continued North and West. The route that I took without GPS capabilities led me across several states and I ended up In Buffalo, NY. After having My broken collar bone surgically fixed, I had to retrieve my car from the tow lot located in Brent, NY. I walked several miles until the police station and the police gave me a ride to where my car was. It cost over $500 to pay the tow bill. I continued driving to the Whitehouse and drove in circles around Pennsylvania with Biden giving me directions while Trussler and Putin were chasing me. After arriving at the Whitehouse, I spoke with the secret service agents at one of the gates. I told them my name and gave them my Texas State Driver's license which they took and used to fill out their report. They asked for my statement and said that they could legally take any information that I had to tell them. I told them that I was there to the VP Kamala Harris and the Attorney General. They however told me that I needed an appointment to see them even though my arrival was expected by them. The Secret service report is likely available through a FOIA act request and may be available now to the public. Contact the secret service office in Washington, DC for inquiries on retrieving an unredacted copy of this record. Joe Biden admitted it later that the reason for this whole trip was to try to kill me via a car crash and had he known I was at the gate to the Whitehouse he stated that he would have come out and executed me immediately. This suggests Joe Biden has in the past or regularly brings firearms onto federal property at the Whitehouse. After speaking with the Secret Service police at the gate Joe Biden had tricked me into believing that I had sepsis in my broken left collar bone, so I took an ambulance to University Medical Center hospital located in Washington DC. Upon admittance and examination there was no sepsis found and I was discharged. I walked around Washington, DC a little turned around until I saw a Police officer who I asked for a ride. He happily gave me a ride back to my car and I started heading back to my residence in Texas. The next series of events happen in chronological order.

  Biden has admitted to having multiple drones that fly across The United States and has had one following me for a long time. He has attempted to fire a missile from this drone on multiple occasions to kill me regardless of my proximity to other innocent American civilians. At one-point Biden admitted to arming an American Nuclear Missile and aimed it at Houston, TX to eliminate me without regard to the general population. He admitted to doing this twice.

  Joe Biden has been using an audio recording of a submarine and overlaying several tracks and recordings on top of the original recording trying to "decode" the message in an attempt to contact President Putin and have some leverage to get into Russia. He attempted to send out several distress signals to "any Russian Federated Vessel or Submarine." He then called President Putin several times asking to be let into his country and told him that he had an ANGEL unit available for purchase though he admitted to already selling him a unit as well providing a control unit to Germany. He has made several phone calls to President Putin pleading to be let into Russia. These have been recorded as well. He also issued several SOS distress broadcasts to "any Russian federated vessel" in an attempt to be "rescued" by Russia

  Joe Biden has repeatedly told me through my ear hydrophones and subliminally that I was to be labeled a terrorist. To be clear let's define a terrorist. According to Wikipedia.com the following is observed. In the United States of America, terrorism is defined in Title 22 Chapter 38, of the U.S. Code as "premeditated, politically motivated violence perpetrated against noncombatant targets by subnational groups or clandestine agents".[10]

  Also, according to Wikipedia the United Nations also has international far-reaching laws for the guidelines of the labeling of terrorists. (Wikipedia)

  UN Comprehensive Convention has guidelines that must be followed for the labeling of terrorists. Here is an especially important link to follow and read and it defines not only the American

defining of a terrorist, but it also has UN forged guidelines to follow for labeling of terrorists. https://en.wikipedia.org/wiki/Definition_of_terrorism#High-Level_Panel_(2004)

After understanding what is required for someone to be labeled a terrorist it is clear to me that anyone living in good consciousness in the United States could not be labeled a terrorist. Joe Biden has told me multiple times that he was labeling me a terrorist and would switch voice overlays from Kamala Harris's to another official in the white house who I eventually came to trust not knowing that it was really Joe Biden. He would switch voice tracks back and forth using a virtual equalizer or turn table on his computer terminal until I made a comment that he was too slow on the computer using a mouse and keyboard. I suggested he get an external switch board and to my surprise this is exactly what he later did, admittedly. He attempted to use make an audio recording on Halo and Angel to try to simulate a "terrorist designation" and a meeting with his "cabinet." I interrupted his recording several times to prevent him from doing any further illegal actions and luckily Biden failed to create a recording. Several times during his attempted framing of others he would switch back to his normal voice and say "Nathan, did you just scramble my signal? You did, didn't you?" or "Did you just unscramble my signal?" then "I will not have this kind of insubordination in my office!" And most of the time later he would say these same things several times followed by a switchover of his SOS signal to any Russian vessel within reach of his signal. Biden then told me several times he had what he called a "swat team" and Assassins, including his daughter Ashley Biden, to come to my residence to kill me. He stated that he had paid Ashley $500,000.00 to go to my parent's house and kill them then another $500,000.00 after murdering me in my residence. He stated that he wanted my parents to be shot in the head and their bank accounts frozen. He also stated that he wanted me shot in the head as well for being a "terrorist." He then stated several times that he intended to freeze or close my bank accounts as well and cancel my Vanguard investment accounts. To this day I have yet to see a swat team attempt to take me into custody.

Joe Biden has programmed his signatures into my fingers. This is supposed to tell the Cerebral Cortex Sensor user who is using the control unit as a verification in the field. I can reproduce the signature at will now that it has been issued to me.

At one-point Joe Biden used the voice overlay of suspected William Barr to tell me that someone was trying to shoot me through the windows and walls of my hotel room. He had me run and hide all over the room until eventually he told me to call 911. After calling 911 and telling them what was happening two sheriffs arrived and informed me that they saw nobody with a rifle anywhere in the vicinity. The sheriffs asked me what I wanted to do, and Joe Biden said subliminally that it would be a good idea to go to the VA for treatment. I went to the VA and stayed there for a week. This whole episode was an attempt by Biden to illegally tow my car so I would not be able to drive anywhere. I was released just in time to retrieve my vehicle. This episode can be verified by the recording of the sheriff's body cam footage.

Joe Biden again attempted to have me drive back to the Whitehouse not long ago. He told me that the Russians were sending a Typhoon class submarine with six hundred Russian assassins was pulling into the port of Galveston and unloading with Chinese assassins in tow. I left my residence and traveled east on I-10. After arriving just outside of Beaumont Joe Biden, using the same voice overlay, told me that the Russian assassins were gaining ground on me and would be coming up right behind me. I thought it would be a good idea to take an emergency turn around. I saw what looked like an emergency turnaround and I attempted to take it however my Mazda 6 would not fit through the barrier, so I continued to the next break in the barrier. My car fit through this barrier, and I attempted to find an exit on the other side of the barrier.

This ended up being a closed construction zone and I almost drove off an approximate 20-foot cliff going 45 mph. I stopped about ten feet before the drop-off and turned the car around and booked it

the opposite direction. I could not exit the way I came due to there being a ledge that I could not clear. I continued driving until the vehicle got stuck in the mud. After my car was stuck in the mud on I-10 median Biden stated that he hired people to plant drugs and child pornography in my car because "I have to go to prison for something". Joe Biden has also admitted to hiring "private assassins" who were random American civilians to kill me as soon as possible, admitting also to compensating them a total of $1,000,000.00, half of which was to be paid upfront and the other half upon completion. Eventually he resorted to informing me that his daughter Ashley was to be hired to come to my hotel and kill me after going to my parents' house, located in Kerrville TX, and killing them first. For some reason Joe Biden keeps telling me that he wants me to know what it feels like to lose someone that is close to.

    I called a wrecker who said it was too deep to get unstuck and the sheriff arrived and gave me a ride to the next town over. After being dropped off Joe Biden told me that my key and fob to my car had a Russian "bug" and that I needed to discard it immediately. I threw the key in some bushes at a Hampton Inn. I later went to retrieve it, but the key was gone. I walked from the Hampton Inn back west on I-10 several miles until I arrived at a Gas Station, and I asked several 18-Wheeler drivers for a ride. One said yes and I took the time to close my eyes and sleep for a bit. The whole time I was in the big rig Joe Biden used the same voice overlay to say that Russia knew exactly which truck I was in and that they were attempting to hit it with a Scud Missile. Upon arriving a little past Rosenburg, TX I exited the big rig and continued walking. At this time Joe Biden gave me simulated Athletes Foot on both feet and simulated sepsis making my feet swell up while I had dozens of miles to walk ahead of me. After walking several miles, I arrived at a gas station and got some sandals to wear because my feet were so swollen. I continued walking down I-10 E back to Houston and luckily another 18-Wheeler gave me a ride to I-10 just past I-45. It was at this time Joe Biden switched between the voice of the Director of the CIA and others on the CIA team to lead me on a physical and mental CIA exam. He told me that to finish the CIA exam I would need to find the same hotel that I was staying at before. I had no idea where this hotel was and after searching for it several hours, I continued walking down I-45 to my residence in south Houston.

    Biden admitted to also raising and lowering my hydration and nutrition levels artificially. He says that he does this for several reasons, the first being that he wants me to die from starvation or lack of hydration. He wants to make me look like I use Bath Salt, however I do not use Bath Salts and a drug test is welcome at any time. He also does this because this Kenneth Anderson character admittedly used Bath Salts which make the user lose a lot of weight. Being that I will not let him entrap me by not admitting to being Kenneth Anderson he wants to make it look like I use Bath Salts because. It is important to note that Biden has admitted to planning to have people plant drugs on my persons or property.

    He also simulated heart attacks and enjoys "pumping" my heart with the muscle tissue selection on his control unit. I have felt something pass through my heart and it was ejected as well as felt arteries attached to the heart swell and sustain damage. Joe Biden also enjoys adjusting my hunger and hydration levels. He enjoys activating my gastrointestinal system to "push" fecal matter one direction and would say "Yay, I gave Nathan a turtle head" then activate my intestines in the opposite direction trying to cause fecal matter to enter my stomach. He also admitted to trying to pump stomach acid into my intestines using fecal matter as a type of suction pump.

    There are several problems that I have developed because of Bidens misuse of military equipment including health problems, suffering, pain, as well as property damage. Also, he has tried to get me to injure others on the interstate however my own common sense overrides any commands from the Angel control unit. Biden along the way to the Whitehouse had me throw away my new nicotine vape device. He admitted to doing this because he wanted to give me a cigarette addiction. He stated that he had given me a cigarette addiction and that he was "proud of it." He enjoys seizing up the muscles around my surgically repaired collar bone and would induce coughing which would allow the exhale from the cough to fracture the bone at where the fractured ends meet which happened several

times. He also enjoys simulating throat cancer and making my tongue swell up in attempt to close my airway effectively suffocating me. His attempts were counteracted by others in his near vicinity and the swelling went back down immediately.

Cost damages are estimated to be over $100,000,000.00 when considering pain, suffering, and lost income as well as stock market loss. All expenses while being tortured by Joe Biden will be provided to the courts in another spreadsheet called "Damages." After having my collarbone repaired at Erie County Medical Center Biden, once again using the voice overlay of William Barr, told that I needed to go to the hospital to be treated for sepsis. I went to three different hospitals. One was in Mississippi, Washington DC, and one in Mississippi. None of these hospitals found any type of blood or bone disease present at the time of evaluation. Joe Biden did this because he wanted to try to get me to run out of money damage my credit. He did not know that I am eligible to have all health bills sent to the VA for billing purposes. This has been recorded on ANGEL and HALO and can be reviewed by the FBI for fraudulent activity purposes. Bank account information will be provided to the FBI or any other government agency that wishes to investigate this potential crime.

There have been several potentially secret communications revealed by Biden to me and he has communicated to me using these secret signals. One signal is Blackhawk pilot language which is a series of beeps along with a specific set of tones used to call the Blackhawk helicopter to your coordinates for pickup as well as a series of four beeps which is an abort code for the Blackhawk helicopter. He also exposed the Russian Foghorn which may potentially be secret communications and used Kamala Harris's voice as an overlay. I learned this code very quickly. This code was exposed by Biden I was shopping for clothes in Houston it can be corroborated against ANGEL for a timestamp. He also exposed coded messages heard and transmitted through ambient sounds such as car muffler exhaust noises and air conditioning unit sounds. Next, he exposed the Fire Code which are communications through any fire detector. It uses a series of beeps, whistles, and other alarms to alert people of gas or incoming missiles. He used this fire code while I was renting a hotel in Houston and used it to make me exit the hotel room. Upon returning to the hotel room, he sounded a siren making me leave all personal belongings in the room and I was not permitted to enter due to a potential threat. I ended up renting another hotel room and during my time there he hit the "God" button which simulates a god. He had my feet swollen up and said that I had sepsis in my feet and had this god suck on my big toe to suck the simulated sepsis out of my foot. The god was invisible, but Biden made me hallucinate bloody tooth markings on my right foot and lowered the swelling which was visibly noticeable. After doing this he abused Kelly's voice and the voices of the top CIA officials who were staying in the room next to mine.

Joe Biden pitted me against my old Commanding Officer by using Trussler's voice layover to say that he was coming to my apartment with President Putin of Russia to kidnap me and take me back to Russia to be tortured for information. I left and started driving on I-45 going about 65 mph. Joe Biden, using Trussler's voice, said something to the effect of "I see you! Putin, he's going 65 and were going 95 so we will catch him soon." Joe Biden then used the voice overlay of William Barr to tell me I needed to go over 95 miles an hour. Then I was instructed to evade them by taking an exit and finding a place for a helicopter to land to pick me up. Along the way Biden told me in morse code through my hydrophone speakers' which direction to go and which routs to take and that a Scud Missile was to hit Trussler's and Putin's vehicle when a clearing was found. During my time driving Biden made me become very nauseous and I opened my driver door and vomited while driving on a busy street.

Once Joe Biden realized that he had dug himself into a lot of trouble because of his illegal actions he started using voice overlays of several people at the Whitehouse to incriminate them and get himself out of trouble. He has my voice being played into several "deducing and impromptu meters" programs run on ANGEL and HALO. These deducing and prediction meters are programmed to other peoples deducing capabilities including Captain Trussler, the VP Kamala Harris, my mother, father, and brother as well as others at the Whitehouse including his own. There are multiple ways to program

these meters. They typically use the learned thought processes of those people that they are associated with, and a computer analyzed analysis of spoken words to produce the most logical response. Biden for some reason keeps telling me that I am not smarter than him and to prove this he has his deducing and impromptu meter set to "learn" and has several other people's deducing and impromptu meter set to logical responses including my own which can be independent from my real train of thought if it is a deducing meter. An important note to take is when I do something that outsmarts him or something that he does not catch on to either Captain Trussler's deducing or impromptu meter says, "You just got Duped."

Eventually Joe Biden decided it was time for him to escape his illegal actions incurred while using ANGEL and HALO. He used a possible classified Russian submarine acoustic signal while underwater played along with Intergalactic, by Beastie Boys, to "decode" the Russian submarine sound to use it for leverage to gain entry to Russia. When this failed to produce any viable results, he overlayed "We Will Rock You, by Queen" attempting to further decode the suspected Russian submarine acoustics. When this failed, he tricked me into thinking that I could control ANGEL and HALO with high- and low-pitched sounds. I suspect that Biden did this for several reasons the first being that he wanted to record my eyes "sending and receiving" nonexistent files from the Whitehouse to the CIA and DHS as well as saving the files to a non-existent sim card in my cerebral cortex sensor. He would later use the recordings and make a program to where a high intensity laser that was installed backwards in my right eye would shine into my retina and using his normal voice would play either subliminally or in my ears and say, "Teach me how to use ANGEL you little piece of shit." Then my eyes would be forced to replay my simulated attempt to control ANGEL and when I resisted by moving my eyes in another direction the laser would burn my retina. Biden programmed his computer to where laser sounds would play each time my retina was shot with a laser. He also programed a program in angel where the high intensity laser would rotate around my retina in effect cutting the retina from my orbital. He then would use MS Paint with my personal file, and he enjoyed selecting eye tissue and would pull on the tissue of the effected retina and say, "I wonder if I can pull his retina out of his eyeball." He also enjoyed following my retina as I tried to hide it from the high-powered laser while burning it out. He would say "there's nowhere for you to go buddy, I'll find your retina no matter where you try to hide." He then would shine the laser through one eye into the other by burning a hole through my sinus. At one point I heard and felt blood vessels popping in my eyes while the laser was being shown into my eyes.

At one point upon arriving in Houston TX I rented a hotel room. This whole night Biden kept me up trying to entrap me. He told me in a federal judge's voice layover that I had killed people and that I should admit to it and turn myself in. He used Kamala Harris' syllables while using the Federal judge's voice overlay which can be corroborated in ANGEL. Eventually he said the sheriff was coming to speak with me, so I left the hotel door cracked for the sheriff to enter because Biden stated that the sheriff was about to start shooting in the room if I did not open the door. The sheriff never came. He then used Captain Trusser's voice layover to say he was planting drugs under the front passenger seat of my car. Upon inspection no drugs were found. He then tried to prevent me from going to my car by using several voice layovers including Captain Trusser's voice. In this instance Cpt. Trussler had an AR-15 rifle and he was trying to take aim to fire upon me while I attempted to search the for illegal planted drugs. No rounds were fired, and nobody was ever seen.

I would like to start this next section by saying that I love nature. I love to watch sunrises and sunsets as well as watch wildlife regardless of location. If I see an animal such as a pigeon or stork in the parking lot, I enjoy just stopping what I am doing, and I watch. I got lost in the elegance of animals. Every time I walk past a bridge, I stop to take in the beauty of the surrounding areas as well as shifting my focus to the waters below to search for any fish or turtles. I love turtles, they are amazing to me and so sweet. I love dogs and cats too; I can still remember holding my cat and letting her sleep on my chest while she purred. She was a great friend to my old dog Chevy. Chevy and Beemer grew up together, we

got them when they were both babies and they loved each other. They would sleep together in the same bed, silent, still and just happy and resting. They were so happy together. Unfortunately, Beemer passed unexpectedly, and I remember telling her goodbye in the vets operating room. I remember the first time that I saw Chevy. I was working at Lambs Tire and Automotive of off 290W and My shop lead said he had a sweet pit bull that had puppies. I told him I wanted one and the next day there was a fat healthy puppy waiting for me in the changing room. He was scared so I wrapped him up in a clean work shirt and he slept happily until I got off work. I fought with my parents for a short while when I brought him home and Chevy became part of the family.

      This introduces us to the next section of the story where Biden creates violent Images of family and friends being hurt by Russian insurgents. During his free time, he enjoys creating Violent subliminal videos of my family and friends being brutally murdered with dull chainsaws then sends them to me while I sleep. In two of these videos, he had Russians saw the legs off of my friends 2-year-old child cauterizing the legs with a blow torch while the baby was screaming. The Russians then made dumplings and fed them to the mother who was sitting at the table with the baby next to her and force fed the mother making her choke and cough up the nose of either her child or another child. I can still practically smell the burning flesh of the child and the screams echo in my mind today.

      These violent subliminal videos are usually distributed via dream while the cerebral cortex user is sleeping. Joe Biden has designed several of these subliminal videos to include my dog being cut in half with a chainsaw while being held down by Russians. In another instance Russians pulled out all my dog Chevy's teeth leaving him legless, and half gutted but still alive on the Whitehouse front lawn. Several of these subliminal videos have been received at various times sent by Joe Biden. I will explain some of these videos. Note that Biden sends subliminal videos that are being transmitted by Biden on an almost nightly basis. All the subliminal videos are not listed but I have Included the most violent subliminal videos below. The first video he transmitted was of my brother. During this video Adam was watching TV in his lazy boy chair. He heard a sound out front and upon looking out of his window he saw an 18-wheeler full of Russian soldiers exiting and ran to retrieve his AR-15. He opened fire on the Russian assailants hitting each one with a headshot. His neighbor across the street heard the commotion and retrieved his rifle helping to kill the advancing Russian soldiers. Eventually Adam was overrun by Russians and taken to another room in his house that does not exist in real life. He was then "Stumped" which will be a familiar term we use in the feature. This involves cutting off the arms and legs of the victim leaving nothing but the torso and head leaving the person defenseless of any abuse of the body. The Russians then retrieved his chainsaw which was dull and severed his head while he pleaded "Please don't kill me, I don't want to die." It was at this time the chainsaw cut his head off. After the beheading they took his head to the garage where Adam was alleged to be building a cannon. The Russians loaded his head with a gunpowder charge in the cannon and after opening the garage the cannon was fired. My brother's head was launched into the same neighbor's top window and his head then landed in a baby's crib killing the neighbor's newborn child. Another subliminal video sent to me was of my parents being hacked up and murdered by Russians. First, he had my mother's arm chopped off with a chainsaw and then had my father's legs sawn off just above the knee. The Russians let him try to run out the front door and escape but as my father attempted to run on his now bloody stumps the Russians grabbed him by the back of his shirt and pulled him back. They later executed him. After this he sent me yet another subliminal video of my parents being raped by Russian spies inside of the Whitehouse. He did this while using William Barr's voice overlay. In this video the Russians raped my mother until she bled out of her eyes and nose. After her being raping by several Russian spies they next turned to my father and raped him while beating him in the face with repeated blows. After raping him he was again executed. Another video issued more recently was one of an infant being quartered with a hacksaw by Russians. In this video the infant made no sounds. Another video was made of my family trying to fight off insurgents at my old residence 14563 Oak Chase Dr in Houston TX. In this video our

family fought off the insurgents successfully however he designed the video to where I shot my brother Adam in the chest with a silver snub nose .38 caliber revolver. We did the best we could do to save his life by putting pressure on his chest as he was bleeding out. I do not know if he survived or not. Later Biden admitted he was disappointed because he thought it was me that was shot with the .38 revolver. Another subliminal video that was sent to me was based on the time when I was in Pennsylvania at a post office. In this video a Russian "MIG" helicopter had landed in the field behind the post office. Biden calls this area behind the post office his "Killing Field." In this video he had my family and friends, now "stumped," hanging by their necks from a chain on the Russian helicopter's top rotor. The rotor was then activated, and their body parts slung around the field. He then said that he was going to kill every American in that small town and have a "party" or "BBQ" in This "killing field" then after cannibalizing American citizens he planned to drag my body from this helicopter around the streets of the town while I was still alive.

    The Cerebral Cortex Sensor also has several charges in the brain that are called "brain aneurysms." Each of these charges are supposed to cause true death however mine were alleged to have been misplaced by order by Captain Trussler. When these brain aneurisms were detonated each one is designed to cause death to the end user. Likely this was used to cause confusion during torture and as a way for the Seal or Spy to die peacefully. Over 130 charges were planted in my brain and every single one was detonated. After detonation certain death was designed to be incurred. I learned that by feeling where the detonations occurred along with the blood filling in my cranium, I found out that if I tilted my head back the blood would drain from my head and enter my gut and later being disposed. I called the process of draining the blood from my brain down my neck and into the torso of my body as "Draining." This is the only reason I was able to stay alive while these charges were detonated in my brain. In one night, I had over forty-five charges or "Brain aneurysms" detonated. There is one charge I would like to make note of, and I recognize it to be called "The Kill Aneurism." When this charge was detonated, I felt my brain being blown into two separate halves split at the middle. The top of my brain and the lower part of my brain along with the brain stem was kept intact. However, I felt the center of my brain separate with the initial blast which traveled upward, and I could feel my brain slap back together violently.

    It is important to note some important factors about the Cerebral Cortex Sensor. Remember this is a military invention likely produced by Lockheed Martin and it should only be used in the field of military operation for active-duty personnel. There are also charges planted in the heart as well as eardrums. Every single charge in my brain, heart, and eardrums were blown. The charges were supposedly misplaced by the installer to make me suffer if possible.

    Speakers were installed in my ears. I call these speakers Hydrophones and being that they have 3-D capabilities I have come to learn that they are placed on several places around my ear, ear drum, and even past my eardrum on the inner parts of my ear. I have 3d Sound external from my eardrum from well embedded and well-placed Hydrophones. There are likely speakers installed on the inner side of my eardrums that were placed there for when I, or the cerebral cortex user was underwater to better hear instructions or coordinate information as well as receive and transmit and acoustic submarine signals in a 3d matter from any foreign vessel producing such a sound. These speakers have been abused to cancel out high frequencies because Biden knows I enjoy music, I like music more than I like TV and I used to listen to music all the time but because Joe Biden abuses my hydrophones, I can no longer hear the music clearly. Biden plays the high pitch frequencies to also cancel other noises, phone calls, and to play constant coded signals which play acoustic messages to kill myself, do harm to others, or to instruct me to do or not to do something. When this fails to satisfy Joe Biden, he torments me with subliminal messaging typically using my brothers 3-year-old voice because it has a high pitch. It seems that he is unable to produce a low pitch from these so-called hydrophones.

ANGEL and HALO are illegal to record, copy, or otherwise duplicate. Joe Biden has admitted to bringing USB sticks into the Whitehouse and duplicating files from HALO. He then admitted to bringing these files home and using them for his own personal use. Joe Biden enjoys masturbating while in the oval office. He enjoys setting his own "immaturity meter to 3 or 4 years old and sits there masturbating with several different objects including a stegosaurus tail, popsicles, and other children's toys he brings with him along with several dildos. He falsely believes that he can get out of trouble by lowering his maturity level. I can prove this false because he purposefully and with intent lowered his meter willingly. For this reason, he must still be held accountable for his actions. This has all been recorded in ANGEL and HALO. He also enjoys making pornography layovers involving children and himself along with others at the Whitehouse. Several of his memories have been transferred to ANGEL and HALO as well including records of murders. Biden has admitted to killing over ten people and admitted that he killed his ex-wife in a car accident while he was intoxicated because she would not tell him that she loved him. Please note that Biden is willfully in possession of child pornography that he downloaded on ANGEL/HALO using the torrent downloader Vuse. His pornography is likely in a hidden folder on the desktop of his control unit.

Biden admitted to illegally viewing my entire life by watching in fast forward by accessing my memories. I believe that one of the reasons that he did this is to be able to view times that sexual relations when I was fifteen with others my age.

Joe Biden as of today 9/18/2021 has been up for fourteen consecutive days and nights. This is not humanly possible and when I questioned him about it, he said he had been using Bath salts both taken from a Federal Evidence center as well as ordering bath salts online. He has admitted to using these drugs so far three times. Please note that he has not been to his personal residence during this time.

Joe Biden must be held accountable for his actions. His actions were cruel and unusual and done for personal reasons. Remember everything in this document can be 100% verified on ANGEL and HALO.

My closing argument is that Joe Biden must be held accountable for his actions and the American people need to know what he did to me. His actions are not only grossly negligent but illegal as well. I would like to fully press charges against Joe Biden of the law and hold the Federal Government accountable to ensure this equipment is not abused in the future and to keep other military affiliated people from being hurt. I would also like for the court to order damages to be paid in an amount to be determined in the future.

Nathan C Hunt

*Nathan Hunt* (signature)

480 W Bay Area Blvd
#334
Webster, TX 77598
(281) 932-3510
Nathanhunt377@gmail.com